Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tara Schneider, | Case No.: 2:12-cv-00772-JWS |
| Plaintiff, | NOTICE OF SERVICE OF PLAINTIFF'S COMPLETE DISCOVERY REQUESTS TO DEFENDANTS MIDLAND CREDIT MANAGEMENT, INC., ENCORE CAPITAL GROUP, INC. AND MIDLAND FUNDING, LLC. |
| vs. | |
| Midland Credit Management, Inc., Encore Capital Group, Inc., and Midland Funding, LLC, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, on the date set forth below, and pursuant to Rule 33, 34, 36 of the Federal Rules of Civil Procedure, served Requests for Admission, Requests for Production and Interrogatories upon Defendants Midland Credit Management, Inc., Encore Capital Group, Inc., and Midland Funding, LLC.

**DATED** this 4th day of September, 2012.

By: s/ Marshall Meyers
Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819

Initial Rule 26

866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

Notice Filed electronically on this 31st day of August, 2012, with:

United States District Court CM/ECF system

Copy mailed on this 4th day of September, 2012, to:

Ms. Cynthia L. Fulton, Esq.
Fulton, Friedman & Gullace, LLP
2345 E. Thomas Rd., Ste. 460
Phoenix AZ 85016

s/Lydia Bultemeyer
Lydia Bultemeyer